## THE PEOPLE *v.* LUGO.

APPEAL from the District Court of Mayagüez.

No. 113.—Decided November 22, 1907.

APPEAL—MANIFEST ERRORS.—It not appearing that any error whatever has been committed which would warrant the reversal of the judgment appealed from, the same should be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

In this appeal the District Court of Mayagüez, on appeal from the Municipal Court of San Germán, sentenced the prisoner to one month in jail and the costs. Beyond taking the appeal, manifestly for delay, no step was taken by the appellant and finding no error in the record the sentence must be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.